IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE MUSIER,<br>Petitioner | Civil Action No. 23-2677 |
| vs. | |
| TINA WALKER, *et al.*,<br>Respondents | |

## JOINT STATUS REPORT

On November 20, 2023, United States Magistrate Judge Craig M. Straw appointed Thomas A. Dreyer, Esquire to represent Petitioner Tyree Musier and ordered the parties to file a Joint Status Report within 45 days. (Doc. 9) This appointment was made pursuant to a Motion for Appointment of Counsel and to Stay Briefing Schedule filed by Respondents Tina Walker, *et al.*, three days earlier. (Doc. 8)

Petitioner was arrested for killing Nathaniel Crawford on June 22, 2008. A jury found him guilty of Murder of the First Degree and related offenses and he was sentenced to life imprisonment without parole on April 25, 2012. He had a co-defendant, Jonte Slater, who was murdered on November 5, 2009.

Since his appointment, Mr. Dreyer has executed a Discovery Agreement with the Philadelphia County District Attorney's Office ("DA's Office") and reviewed all the documents received electronically to date from the DA's Office, including the state court record, the transcripts of the preliminary hearing and the jury trial which commenced on April 18, 2012 and ended on April 25, 2012 and the Homicide File ("H-File") in the Nathaniel Crawford murder case and the District Attorney's Office File ("DAO File") in Petitioner's case.

Mr. Dreyer has requested and is waiting to receive electronically the H-File in the Jonte Slater murder case from the DA's Office. After he has received and reviewed this file, he will schedule an appointment to go to the DA's Office in order to review the boxes of documents comprising the DAO File in the instant case and the DAO File in the Jonte Slater murder case; he will select the relevant documents from these files for photocopying by the DA's Office and forwarding to him.

Assistant District Attorney Zachary Green, Esquire, attorney for Respondents, requested the H-File in the Jonte Slater murder case from the Philadelphia Police Department on November 28, 2023. Because that is still an open case, it has taken longer than usual for the department to approve this request. Mr. Green was informed today that the police department has found the file in its storage system. Once received, Mr. Green will review this H-File and will make any relevant, discoverable portions of it available to Mr. Dreyer, including redactions as necessary to protect any ongoing police investigation.

Additionally, on December 13, 2023, Daniel Silverman, Esquire, contacted Messrs. Green and Dreyer to also request access to the Jonte Slater murder H-File. Mr. Silverman has been retained by Mr. Musier on a limited basis solely to review the DAO and H-Files in connection with any potential successor PCRA petition in state court. He entered his appearance on behalf of Mr. Musier in state court on August 15, 2023 in order to gain access to these documents but is currently retained on a limited basis and not in connection with Mr. Musier's federal habeas petition. Mr. Green will provide Mr. Silverman with access to all documents made available to Mr. Dreyer.

Messrs. Dreyer and Green are communicating with each other on a regular basis

and are working amicably to resolve all discovery issues.

After he reviews all the discovery, Mr. Dreyer will contact Mr. Musier and discuss with him the next stage of this litigation.

/s/ **Thomas A. Dreyer**
Thomas A. Dreyer, Esquire
30 Running Brook Road
Glen Mills, PA 19342
610-742-7883
Attorney for Petitioner Tyree Musier

/s/ **Zachary Green**
Zachary Green, Esquire
Assistant District Attorney
Federal Litigation Unit
Phila. District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
608-354-1020
Attorney for Respondents Tina Walker, *et al.*

Dated: January 3, 2024

# CERTIFICATE OF SERVICE

Thomas A. Dreyer, Esquire hereby certifies that he served a true and correct copy of the foregoing Joint Status Report upon the person listed below on the date listed below by way of the Electronic Court Filing ("ECF") System:

Zachary Green, Esquire
Assistant District Attorney
Federal Litigation Unit
District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107

/s/ **Thomas A. Dreyer**
Thomas A. Dreyer, squire
30 Running Brook Road
Glen Mills, PA 19342
610-742-7883
Attorney for Petitioner Tyree Musier

Dated: January 3, 2024